195 So.2d 143

**STATE of Louisiana ex rel. Phil TRICE**

v.

**Hon. C. A. BARNETT, Judge, Nineteenth Judicial District Court.**

No. 48553.

Feb. 23, 1967.

In re: Phil Trice applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 194 So.2d 452.

Writ refused. Since the Court of Appeal remanded the case for trial on the merits, the judgment is not final.

195 So.2d 144

**T. H. BERGERON**

v.

**Harry P. OVERHULTZ et al.**

No. 48555.

Feb. 23, 1967.

In re: Harry P. Overhultz et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 194 So.2d 445.

The application is denied. There appears no error of law in the judgment complained of.